### 35583. GODBOLD v. GODBOLD.

NICHOLS, Chief Justice.
This is an appeal from a contempt order entered subsequent to July 1, 1979. The appeal is dismissed for failure to comply with the provisions of Code Ann. § 6-701.1 (Ga. L. 1979, pp. 619, 620).
*Appeal dismissed. All the Justices concur.*

SUBMITTED NOVEMBER 9, 1979 — DECIDED JANUARY 24, 1980.

*Howard A. McGlasson, Jr.,* for appellant.
*R. Wade Gastin,* for appellee.